FILED
C2021-1936B
12/1/2021 5:04 PM
Heather N. Kellar
Comal County
District Clerk
Accepted By:
Aubrey Knew

CAUSE NO. C2021-1936B

| | | |
|---|---|---|
| KRYSTAN MOHLENHOFF, INDIVIDUALLY AND AS NEXT FRIEND OF R.M., A MINOR, | § § § | IN THE DISTRICT COURT |
| *Plaintiff* | § § § | |
| V. | § § | 207TH JUDICIAL DISTRICT |
| HOBBY LOBBY STORES, INC. | § § | |
| *Defendant* | § | COMAL COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Krystan Mohlenhoff, Individually and As Next Friend of R.M., A Minor, Plaintiff, files this her Original Petition complaining of Defendant, Hobby Lobby Stores, Inc., ("Defendant").

## I.
## DISCOVERY

1. Plaintiff intends to conduct discovery in this suit under Level Three, pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, and will seek an order, agreed or otherwise, to this effect.

## II.
## PARTIES

2. Plaintiff, Krystan Mohlenhoff, is a natural person and at all times relevant to this cause of action has been and continues to be a resident of Seguin, Guadalupe County, Texas.

3. Defendant, Hobby Lobby Stores, Inc., (Hobby Lobby), is a foreign corporation which routinely does business in the State of Texas. Hobby Lobby Stores, Inc., may be served with citation by serving its registered agent, Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Texas, 78701.

1

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 1 OF 16

## III.
## VENUE

4. The Court has jurisdiction over this case because the subject matter and monetary amount sought are within the Court's jurisdiction pursuant to applicable Texas Law.

5. Venue is proper in Comal County, Texas, pursuant to TEX. CIV. PRAC. & REM. CODE, § 15.002 in that all or substantially all of the events or acts or omissions giving rise to the claim occurred in Comal County, Texas.

## IV.
## FACTS

6. On December 16, 2020, Plaintiff and R.M., her 4-year-old daughter, were shopping at the Hobby Lobby Store located at 360 Creekside Way, New Braunfels, Texas, 78130.

7. The Hobby Lobby store (the premises) where Plaintiff was injured was owned by, managed by, and subject to the possession and control of Defendant Hobby Lobby at the time of the incident.

8. As Plaintiff was stopped in an aisle, multiple unsecured heavy wooden sign and/or pictures toppled over from a shelf behind her and struck Plaintiff and R.M., causing severe and debilitating injuries.

9. Due to Defendant's negligence, Plaintiff and R.M. suffered severe and debilitating injuries.

## V.
## CAUSES OF ACTION

10. Plaintiff contends she and R.M. committed no negligent acts or omissions that contributed to their injuries.

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___

### A. Premises Liability:

11. At all times relevant hereto, Defendant was the owner, manager, and/or operator of the premises, and had control over the premises. Plaintiff and R.M. had the status of invitees on Defendant's premises.

12. Defendant owed Plaintiff and R.M. a duty to use ordinary care to keep the premises in a reasonably safe condition, including the duty to protect invitees from unreasonable risks of harm or to warn them of the risks so they could avoid them. Defendant also had a duty to inspect the premises to discover defects and was charged with constructive knowledge of any premises defects or other dangerous conditions that a reasonably careful inspection would reveal. Specifically, Defendant had a duty to properly maintain the subject area so that items stored on shelving above invitees' heads would not fall onto invitees.

13. The unreasonably dangerous condition created by improperly secured and stacked items on shelving posed an unreasonable risk of harm to Plaintiff and R.M., which proximately caused Plaintiff's and R.M.'s injuries.

14. Defendant breached its duties to Plaintiff and R.M. by failing to make the premises safe and by failing to give adequate warnings to alert invitees or warn them of the dangers associated with the items stored on shelving overhead.

### Negligence

15. Further, Defendant had a duty to exercise the degree of care that a reasonably careful business owner, manager and operator, would use to avoid harm to others under circumstances similar to those described herein. A reasonably careful business owner, manager and operator would have maintained and inspected the designated area so items did not fall onto invitees from store shelving.

3

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___

16. Defendant breached its duty of ordinary care by allowing items to fall from store shelving, causing a dangerous condition.

### B. Proximate Cause

17. Defendant's acts and omissions, breaches of duty, and negligence, as described above, were a direct and proximate cause of the damages Plaintiff has sustained, which are far in excess of the minimum jurisdictional limits of this Court.

## VI.
## DAMAGES

18. As a direct and proximate result of Defendant's acts and omissions, breaches of duty, and negligence, Plaintiff suffered severe personal injuries, pain, suffering, mental anguish, disability, impairment, and disfigurement, and incurred reasonable and necessary medical expenses for the care and relief of her injuries. For a long time to come, if not for the rest of her life, Plaintiff will continue to suffer physical injuries, physical impairment, disfigurement, pain and suffering, and mental anguish. Additionally, as a result of the incident, Plaintiff will incur reasonable and necessary medical expenses in the future.

19. As a direct and proximate result of Defendant's acts and omissions, breaches of duty, and negligence, R.M. suffered severe personal injuries, pain, suffering, mental anguish, and impairment and incurred reasonable and necessary medical expenses for the care and relief of her injuries. For a long time to come, if not for the rest of her life, R.M. will continue to suffer physical injuries, physical impairment, pain and suffering, and mental anguish. Additionally, as a result of the incident, Plaintiff will incur reasonable and necessary medical expenses in the future.

19. Plaintiff now sues for all of these damages in an amount that is within jurisdictional limits of this Court. Pursuant to Texas Rule of Civil Procedure 47, Plaintiff asserts

4

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 4 OF 6

that she is seeking monetary relief over $1,000,000.00.

20. Plaintiff is entitled to recover prejudgment and post judgment interest as allowed by law.

## VII.
## CONDITIONS PRECEDENT

21. All conditions precedent have been performed or have occurred to support the Plaintiff's pleadings and causes of action.

## VIII.
## REQUEST FOR JURY TRIAL

22. Plaintiff respectfully requests a trial by jury and has paid the jury fee.

## PRAYER

WHEREFORE, Plaintiff requests that Defendant be cited to appear and answer herein and that on final trial, Plaintiff has judgment against Defendant for:

1. All medical expenses in the past and future;

2. Mental anguish in the past and future;

3. Physical pain in the past and future;

4. Physical impairment in the past and future;

5. Disfigurement in the past and future;

6. Prejudgment and post judgment interest as allowed by law;

7. Costs of suit; and

8. Such other and further relief to which Plaintiff may be justly entitled.

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 5 OF 12

Respectfully submitted,

**WYATT LAW FIRM, PLLC**
Oakwell Farms Business Center
21 Lynn Batts Lane, Suite 10
San Antonio, Texas 78218
Tel: 210-340-5550
Fax: 210-340-5581
E-service: e-serve@wyattlawfirm.com

By: _/s/ Paula A. Wyatt_
Paula A. Wyatt
Texas Bar No. 10541400
Gavin McInnis
Texas Bar No. 13679800
Thomas Kocurek
Texas Bar No. 24027421
Louis Durbin
Texas Bar No. 24078448
George Deutsch
Texas Bar No. 24087413
**ATTORNEYS FOR PLAINTIFF**

STATE OF TEXAS
COUNTY OF COMAL
I certify this to be a true and correct copy of the record FILED & RECORDED in the Official Court records of District Court on this date and time stamped thereon.

Heather N. Kellar
Comal County District Clerk
By: _____

CERTIFIED TO BE A TRUE AND CORRECT COPY.
HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 6 OF 6

6

FILED
C2021-1936B
12/1/2021 5:04 PM
Heather N. Kellar
Comal County
District Clerk
Accepted By:
Aubrey Knew



CAUSE NO.: __C2021-1936B__                                    DATE: _____

## HEATHER N. KELLAR
## COMAL COUNTY DISTRICT CLERK
## REQUEST FOR PROCESS

Request the following process (please check all that apply):

    X Citation     _ Notice     _ Precept with Hearing     _ Precept without Hearing
    _ Temporary Restraining Order     _ Temporary Protective Order     _ Final Protective Order
    _ Capias/Warrant     _ Writ of Attachment     _ Writ of Garnishment     _ Writ of Sequestration
    _ Other: _____

Person(s) Being Served:

1. Name: __Hobby Lobby Stores, Inc.__
   Registered Agent/By Serving: __Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company__
   Address: __211 E. 7th Street, Suite 620 Austin, Texas 78701__
   Service Type (select one):     X Private Process     ☐ Sheriff (IN COUNTY)     _ Certified Mail
      _ Sheriff (OUT OF COUNTY)     _ Secretary of State     _ Publication     _ Posting/Courthouse Door
   TO BE:     _ Picked-Up     _ Mailed Back to Requester     _ Emailed Back to Requester

2. Name: _____
   Registered Agent/By Serving: _____
   Address: _____
   Service Type (select one):     _ Private Process     ☐ Sheriff (IN COUNTY)     _ Certified Mail
      _ Sheriff (OUT OF COUNTY)     _ Secretary of State     _ Publication     _ Posting/Courthouse Door
   TO BE:     _ Picked-Up     _ Mailed Back to Requester     _ Emailed Back to Requester

3. Name: _____
   Registered Agent/By Serving: _____
   Address: _____
   Service Type (select one):     _ Private Process     ☐ Sheriff (IN COUNTY)     _ Certified Mail
      _ Sheriff (OUT OF COUNTY)     _ Secretary of State     _ Publication     _ Posting/Courthouse Door
   TO BE:     _ Picked-Up     _ Mailed Back to Requester     _ Emailed Back to Requester

4. Name: _____
   Registered Agent/By Serving: _____
   Address: _____
   Service Type (select one):     _ Private Process     ☐ Sheriff (IN COUNTY)     _ Certified Mail
      _ Sheriff (OUT OF COUNTY)     _ Secretary of State     _ Publication     _ Posting/Courthouse Door
   TO BE:     _ Picked-Up     _ Mailed Back to Requester     _ Emailed Back to Requester

Title of Document(s) to be attached to process: _____
_____
_____

Name of Person Requesting Service: ____Paula Wyatt_____
Phone: __210-340-5550__                         E-Mail: __e-serve@wyattlawfirm.com__
Address: __21 Lynn Batts Lane, Suite 10 San Antonio, Texas 78218__
Court Appointed? ☐     Pauper's Affidavit? ☐

STATE OF TEXAS
COUNTY OF COMAL
I certify this to be a true and correct copy of the record FILED & RECORDED in the Official Court records of District Court on this date and time stamped thereon.

Heather N. Kellar
Comal County District Clerk
By: _____

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___





**CIVIL CITATION-AGENT**
**THE STATE OF TEXAS**
C2021-1936B

**TO: HOBBY LOBBY STORES INC**
upon whom process of service may be had by serving

**CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY**
**211 E. 7TH STREET, SUITE 620**
**AUSTIN, TEXAS 78701**

Defendant, Greeting:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org".

Said Plaintiff's ORIGINAL Petition was filed in said Court, on 1st day of December, 2021A.D. in this cause numbered C2021-1936B on the docket of said 207th District Court, and styled,

**KRYSTAN MOHLENHOFF VS. HOBBY LOBBY STORES INC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ORIGINAL Petition, accompanying this citation, and made a part hereof.

ATTORNEY FOR PLAINTIFF:   WYATT LAW FIRM, PLLC
PAULA A. WYATT
21 LYNN BATTS LANE, SUITE 10
SAN ANTONIO, TEXAS 78218

The officer executing this writ shall forthwith serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and the seal of said court at New Braunfels, Texas, this the 2nd day of December, 2021 A.D.

HEATHER N. KELLAR
DISTRICT CLERK
COMAL COUNTY, TEXAS
199 MAIN PLAZA, SUITE 2063
NEW BRAUNFELS, TEXAS 78130

By _____, DEPUTY
Sarah Fuentez

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 1 OF 2

## RETURN OF SERVICE
### CAUSE NO: C2021-1936B

**KRYSTAN MOHLENHOFF**
**VS.**
**HOBBY LOBBY STORES INC**

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____,
on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By: _____, Deputy

### OFFICER'S RETURN

Came to hand on the_____day of _____, 20_____, at_____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within named defendants, in person, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|------|------|------------------------------------------|
|      |      |      |                                          |
|      |      |      |                                          |

And not executed as to the defendant,_____
the diligence used in finding said defendant, being:_____
and the cause or failure to execute this process is:
_____
and the information received as to the whereabouts of said defendant(s) being:

FEES-Serving Petition and Copy $65.00

_____, Officer
_____, County, Texas
By: _____, Deputy
_____, Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

" My name is _____, my date of birth is _____, and my address is
                    (First, Middle, Last)
_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of _____.

_____     _____
   Declarant/Authorized Process Server              (ID # & expiration of certification)
SUBSCRIBED AND SWORN TO BEFORE ME by the said_____this the _____day of _____ 20_____ to certify which witness my hand and seal of office.

Notary Public, State of Texas
Notary's Name Printed:
_____
My commission expires_____

STATE OF TEXAS
COUNTY OF COMAL
I certify this to be a true and correct copy of the record FILED & RECORDED in the Official Court records of District Court on this date and time stamped thereon.
Heather N. Kellar
Comal County District Clerk
By: [signature]

CERTIFIED TO BE A TRUE AND CORRECT COPY.
[signature]
HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 2 OF 2

FILED
C2021-1936B
12/17/2021 6:36 PM
Heather N. Kellar
Comal County
District Clerk
Accepted By:
Sarah Fuentez

CAUSE NO. C2021-1936B

| | | |
|---|---|---|
| KRYSTAN MOHLENHOFF | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 207TH JUDICIAL DISTRICT |
| | § | |
| HOBBY LOBBY STORES INC | § | |
| Defendant. | § | COMAL COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared Marivel Maldonado who, being by me duly sworn, deposed and said:

"The following came to hand on Dec 2, 2021, 11:28 am,

CIVIL CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at 211 E 7TH ST SUITE 620, AUSTIN, TX 78701-3201 within the county of TRAVIS at 02:55 PM on Fri, Dec 03 2021, by delivering a true copy to the within named

HOBBY LOBBY STORES INC. BY SERVING CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Marivel Maldonado
Certification Number: PSC# 19321
Certification Expiration: 01/31/2023

BEFORE ME, a Notary Public, on this day personally appeared Marivel Maldonado, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 12/3/2021

_____
Notary Public, State of Texas

MYRANDA MARIN
Notary Public, State of Texas
Comm. Expires 01-24-2025
Notary ID 130976185

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 1 OF 3

**RETURN OF SERVICE**
CAUSE NO: C2021-1936B

KRYSTAN MOHLENHOFF
VS.
HOBBY LOBBY STORES INC

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant **Hobby Lobby Stores Inc. By serving Corporation Services D/B/A CSC-Lawyers Inc. Service Co.**
on the **3** day of **December**, 20**21**

_____, Officer
_____, County, Texas
By: _____, Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____ M., and executed in _____ County, Texas, by delivering to each of the within named defendants, in person, a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

And not executed as to the defendant, _____
the diligence used in finding said defendant, being: _____
and the cause or failure to execute this process is:
_____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES-Serving Petition and Copy $65.00

_____, Officer
_____, County, Texas
By: _____, Deputy
_____, Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is **Marivel Maldonado**, my date of birth is **2-10-73**, and my address is
(First, Middle, Last)
**1800 NE Loop 410 Suite #302 San Antonio, TX 78217**.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in **Travis** County, State of **Texas** on the **3** day of **December** 20**21**.

**Marivel Maldonado**             **19321   1-31-2023**
Declarant/Authorized Process Server     (ID # & expiration of certification)

SUBSCRIBED AND SWORN TO BEFORE ME by the said **Marivel Maldonado** this the **3** day of **December** 20**21** to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

MYRANDA MARIN
Notary Public, State of Texas
Comm. Expires 01-24-2025
Notary ID 1309761

Notary's Name Printed: **Myranda Marin**
Expires **01-24-2025**

STATE OF TEXAS
COUNTY OF COMAL
I certify this to be a true and correct copy of the record FILED & RECORDED in the Official Court records of District Court on this date and time stamped thereon.

Heather N. Kellar
Comal County District Clerk
By: _____ Fuentes

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE **2** OF **3**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Candice Garza on behalf of Paula Wyatt
Bar No. 10541400
cgarza@wyattlawfirm.com
Envelope ID: 60153284
Status as of 12/20/2021 9:09 AM CST

Associated Case Party: Krystan Mohlenhoff

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paula Wyatt | | e-serve@wyattlawfirm.com | 12/17/2021 6:36:51 PM | SENT |
| Candice Garza | | cgarza@wyattlawfirm.com | 12/17/2021 6:36:51 PM | SENT |

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___

```
                                                FILED
                                                C2021-1936B
                                                12/22/2021 4:19 PM
                                                Heather N. Kellar
                                                Comal County
                                                District Clerk
                  CAUSE NO. C2021-1936B         Accepted By:
                                                Sarah Fuentez
```

| | | |
|---|---|---|
| KRYSTAN MOHLENHOFF, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF R.M., A MINOR, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | COMAL COUNTY, TEXAS |
| v. | § | |
| | § | |
| HOBBY LOBBY STORES, INC., | § | |
| | § | |
| *Defendant.* | § | 116th JUDICIAL DISTRICT |

## DEFENDANT HOBBY LOBBY STORES, INC.'S
## ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendant, **HOBBY LOBBY STORES, INC.**, files its Original Answer to Plaintiff's Original Petition as follows:

### I.
### GENERAL DENIAL

1.  Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's Petition and demands strict proof thereof.

### II.
### JURY DEMAND

2.  In accordance with Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant hereby demands a trial by jury and thereby enders the applicable jury fee with its Answer.

MOHLENHOFF / DEFENDANT HOBBY LOBBY STORES, INC.'S
ORIGINAL ANSWER AND DEMAND FOR JURY TRIAL                        PAGE | 1
DOC# 7925448 / 79533.00029

CERTIFIED TO BE A TRUE AND CORRECT COPY.
HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___

## III.
## PRAYER FOR RELIEF

3. Defendant, HOBBY LOBBY STORES, INC. prays that Plaintiff take nothing by this lawsuit; that Defendant go hence with its costs without delay; and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / Fax 214.379.6939

By: */s/ Robin R. Gant*
Zach T. Mayer
State Bar No. 24013118
E-Mail: zmayer@mayerllp.com
Robin R. Gant
State Bar No. 24069754
E-Mail: rgant@mayerllp.com
Dwayne I. Lewis
State Bar No. 24097996
E-Mail: dlewis@mayerllp.com

**ATTORNEYS FOR DEFENDANT
HOBBY LOBBY STORES, INC.**

CERTIFIED TO BE A TRUE AND CORRECT COPY.
HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of December 2021, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Paula A. Wyatt
Gavin McInnis
Thomas Kocurek
Louis Durbin
George Deutsch
WYATT LAW FIRM, PLLC
Oakwell Farms Business Center
21 Lynn Batts Lane, Suite 10
San Antonio, Texas 78218

*Counsel for Plaintiffs*

☐ E-MAIL:
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ E-FILE AND SERVE
☐ E-SERVICE ONLY
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

/s/ *Robin R. Gant*
Robin R. Gant

STATE OF TEXAS
COUNTY OF COMAL
I certify this to be a true and correct copy of the record FILED & RECORDED in the Official Court records of District Court on this date and time stamped thereon.

Heather N. Kellar
Comal County District Clerk
By: _____

CERTIFIED TO BE A TRUE AND CORRECT COPY.
HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristy Fisher on behalf of Robin Gant
Bar No. 24069754
kfisher@mayerllp.com
Envelope ID: 60303456
Status as of 12/27/2021 12:21 PM CST

Associated Case Party: Krystan Mohlenhoff

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paula Wyatt | | e-serve@wyattlawfirm.com | 12/27/2021 9:42:43 AM | SENT |
| Candice Garza | | cgarza@wyattlawfirm.com | 12/27/2021 9:42:43 AM | SENT |

CERTIFIED TO BE A TRUE AND CORRECT COPY.

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE ___ OF ___