IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KRYSTAN MOHLENHOFF, | § | |
| *Plaintiff,* | § | SA-21-CV-01298-OLG |
| vs. | § | |
| HOBBY LOBBY STORES, INC., | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Unopposed Motion to Lift Stay and Reopen Case [#36]. The District Court referred this case to the undersigned on April 20, 2023, for disposition of all pretrial matters. On September 6, 2023, this Court issued an Order [#35] staying and administratively closing the case as a result of Plaintiff's inability to participate in the litigation due to ongoing health issues unrelated to the injuries made basis of suit. The Court subsequently ordered that at such time as Plaintiff is medically able to proceed with litigating the remaining claims and issues, she may file a motion to lift the stay and reopen the case.

By her motion, Plaintiff informs the Court that she has been medically cleared to again participate in this litigation and asks the Court to lift the stay. The Court will grant the motion and set this case for a status conference to address case management and the entry of a new Scheduling Order.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Lift Stay and Reopen Case [#36] is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay is **LIFTED** and this case is **ADMINISTRATIVELY REOPENED**.

**IT IS FINALLY ORDERED** that, pursuant to Rule 16 of the Federal Rules of Civil Procedure, this case is set for a **Status Conference** at **10:30 a.m. on January 25, 2024**. Counsel for all parties are **required to appear by Zoom** for the conference. The information to join the conference is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Judge Chestney's Courtroom Deputy at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

SIGNED this 18th day of January, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE