IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KRYSTAN MOHLENHOFF, | § § | |
| *Plaintiff,* | § § | SA-21-CV-01298-OLG |
| vs. | § § | |
| HOBBY LOBBY STORES, INC., | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the above-styled cause of action, which is set for a status conference via videoconference on January 25, 2024, at 10:30 a.m. Due to a conflict, the Court will reschedule the conference for 2:00 p.m.

**IT IS THEREFORE ORDERED** this case is **RESET** for a **Status Conference** at **2:00 p.m. on January 25, 2024**. Counsel for all parties are **required to appear by Zoom** for the conference. The information to join the conference is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Judge Chestney's Courtroom Deputy at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order

Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

    SIGNED this 24th day of January, 2024.

                                      ELIZABETH S. ("BETSY") CHESTNEY
                                      UNITED STATES MAGISTRATE JUDGE