IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KRYSTAN MOHLENHOFF, INDIVIDUALLY AND AS NEXT FRIEND OF R.M., A MINOR, <br><br>*Plaintiffs,* <br><br>v. <br><br> HOBBY LOBBY STORES, INC., <br><br>*Defendant.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:21-CV-1298OLG <br> JURY TRIAL DEMANDED |

## JOINT ADVISORY OF CLAIMS RESOLUTION

TO THE HONORABLE JUDGE ORLANDO L. GARCIA:

Plaintiffs, KRYSTAN MOHLENHOFF, Individually and as Next Friend of R.M., A Minor, and Defendant, HOBBY LOBBY STORES, INC., and file this Joint Advisory to inform the Court that the parties have resolved all claims in this civil action.

The Court is further advised that the parties have reached a final resolution, which includes a proposed settlement for the minor Plaintiff, R.M.,. Paul Taylor, the Guardian Ad Litem appointed for R.M., has reviewed the proposed settlement and has recommended to the Court that the proposed settlement is reasonable and in the minor's best interest.

The parties are in the process of submitting the necessary documents to finalize the disposition of the case, including seeking Court approval for the minor's settlement, and will file the appropriate documentation (such as a Stipulation of Dismissal) for final entry of judgment following the Court's approval of the minor settlement.

Respectfully submitted,

| **MAYER LLP** | **STOUWIE LAW, PLLC** |
|---|---|
| 750 North St. Paul Street, Suite 700 | 3003 NW Loop 410, Suite 203 |
| Dallas, Texas 75201 | San Antonio, Texas 78230 |
| 214.379.6900 / F: 214.379.6939 | 210.271-1547 / F: 210.271-1577 |

By: _/s/ Robin Gant_____
    Zach T. Mayer
    State Bar No. 24013118
    E-Mail: zmayer@mayerllp.com
    Robin R. Gant
    State Bar No. 24069754
    E-Mail:
    rgant@mayerllp.com

    ***Attorneys for Defendant***
    ***Hobby Lobby Stores, Inc.***

By: /s/ *Kevin Stouwie*_____
    Kevin Stouwie
    Texas Bar No. 24000674
    E-Service: stouwie@me.com

    ***Attorney for Plaintiffs***
    ***Krystan Mohlenhoff, Individually***
    ***and as Next Friend of R.M., a Minor***